# THE GORDON, SIEGEL LAW FIRM

**GORDON, SIEGEL, MASTRO, MULLANEY, GORDON & GALVIN, P.C.**
9 Cornell Road • Airport Park • Latham NY 12110
ph (518) 690-7000 • fax (518) 690-7010
firm@gordonsiegel.com • www.gordonsiegel.com

*SERVICE BY FACSIMILE NOT ACCEPTED*

Michael P. Mullaney
Harold D. Gordon
Arkley L. Mastro, Jr.*
Christine M. Galvin
Barbara J. King

Margaret A. Vella
James F. Marotta, Jr.
Melanie J. LaFond**
Amy H. O'Connor
Ann M. Sharpe
Nikki J. Moreschi***

Harold A. Gordon
(1914 – 1956)
Arnold M. Gordon
(1942 – 2003)
Robert Siegel
(1942 – 1992)

Of Counsel
N. Robert Hayes, Jr.
John J. Barrett, Jr., P.E.
Howard C. Carpenter, Jr.****

*also admitted in MA
**also admitted in FL
***also admitted in OH
****also admitted in CT

June 21, 2005

Hon. Frederick J. Scullin, Jr., Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

Re: **Quantum Corporate Funding, Ltd. et al. v. Bast Hatfield, Inc. et al.**
Case No.: 5:04-cv-00137-FJS-DEP

Dear Judge Scullin:

On June 8, 2005, the Court entered a Decision and Order on the pending motions in the above referenced case. However, because I was out of the country from June 3 through June 18, 2005, I did not have an opportunity to review the Decision and Order until yesterday.

Pursuant to the Decision and Order, Bast Hatfield, Inc. is to deposit the interpleader funds into the Court's registry by tomorrow, June 22, 2005. I am requesting an additional ten (10) business days, or until July 6, 2005, to deposit the interpleader funds with the Court. Bast Hatfield, Inc. can meet the remaining deadlines outlined in the Decision and Order.

Thank you for your consideration in this matter.

SO ORDERED

FREDERICK J. SCULLIN, JR.

6/23/05

Respectfully,

Melanie J. LaFond

MJL:kmg