United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

QUANTUM CORPORATE FUNDING, LTD

                Plaintiff

v.                                    5:04-CV-137 (FJS/DEP)

BAST HATFIELD, INC.

                Defendant

...................................................

BAST HATFIELD, INC.

                Interpleader-Plaintiff

v.

FIDELITY & GUARANTY INSURANCE COMPANY; UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE; EDISON BRIDGE, L.L.C.; STATE OF NEW YORK DEPARTMENT OF TAXATION AND FINANCE; and DEVOE'S RAINBOW ORCHARD

                Interpleader-Defendants'

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Settlement Agreement is hereby approved.  The Clerk of the Court has distributed the funds held in the Court's Registry with respect to this matter on 10/7/2008 as follows: $121,109.41 payable to "United States Treasury f/a/o Edison Bridge"; $2,500 to "Devoe's Rainbow Orchard"; and the balance, including earned interest, to "Fidelity & Guaranty Insurance Company"; and the Court further ORDERS that the parties are to bear their respective costs and fees associated with this action; and the Court further ORDERS that the Memorandum-Decision and Order dated June 2, 2008, Dkt. No. 92, is VACATED AS MOOT.

All of the above pursuant to the Order of the Honorable Judge  dated the 3rd day of October, 2008.

| | |
|---|---|
| **OCTOBER 20, 2008** | **LAWRENCE K. BAERMAN** |
| **DATE** | **Clerk of Court** |
| | **s/** |
| | **Joanne Bleskoski**<br>**Deputy Clerk** |